UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRAYAN DUQUE VASQUEZ,

    Petitioner,

v.

                                                           CAUSE NO. 3:26cv540 DRL-SJF

SAM OLSON *et al.*,

    Respondents.

## ORDER

Immigration detainee Brayan Duque Vasquez, by counsel, moves to voluntarily withdraw his habeas corpus petition. He states that he intends to voluntarily depart the United States and no longer wishes to pursue habeas relief. In the interest of justice, this motion will be granted.

For these reasons, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2) [9]. The clerk is DIRECTED to close the case.

SO ORDERED.

May 12, 2026                                *s/ Damon R. Leichty*
                                          Judge, United States District Court